```
___ FILED          ___ RECEIVED
___ ENTERED        ___ SERVED ON
                   COUNSEL/PARTIES OF RECORD

         JUN - 3 2015

      CLERK US DISTRICT COURT
        DISTRICT OF NEVADA
BY:_____ DEPUTY
```

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

UNITED STATES OF AMERICA,  )
                           )
            Plaintiff,     )
                           )
      v.                   )   2:14-CR-117-JCM-(GWF)
                           )
KENAN LAWSHE,              )
                           )
            Defendant.     )

## FINAL ORDER OF FORFEITURE

On February 4, 2015, the United States District Court for the District of Nevada entered a Preliminary Order of Forfeiture pursuant to Fed. R. Crim. P. 32.2(b)(1) and (2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), and (p) based upon the plea of guilty by defendant KENAN LAWSHE to the criminal offenses, forfeiting the property and imposing an in personam criminal forfeiture money judgment set forth in the Plea Agreement and the Forfeiture Allegations of the Indictment and shown by the United States to have the requisite nexus to the offenses to which defendant KENAN LAWSHE pled guilty. Indictment, ECF No. 26; Change of Plea, ECF No. 69; Plea Agreement, ECF No. 70; Preliminary Order of Forfeiture, ECF No. 71.

This Court finds the United States of America published the notice of forfeiture in accordance with the law via the official government internet forfeiture site, www.forfeiture.gov, consecutively from February 7, 2015, through March 8, 2015, notifying all potential third parties of their right to petition the Court. Notice of Filing Proof of Publication, ECF No. 80.

This Court finds no petition was filed herein by or on behalf of any person or entity and the time for filing such petitions and claims has expired.

This Court finds no petitions are pending with regard to the assets named herein and the time for presenting such petitions has expired.

THEREFORE, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that all right, title, and interest in the property hereinafter described is condemned, forfeited, and vested in the United States of America, and that the United States recover from KENAN LAWSHE the criminal forfeiture money judgment in the amount of $17,700 in United States Currency, pursuant to Fed. R. Crim. P. 32.2(b)(4)(A) and (B); Fed. R. Crim. P. 32.2(c)(2); Title 18, United States Code, Section 924(d)(1), (2)(C), and (3)(B) with Title 28, United States Code, Section 2461(c); and Title 21, United States Code, Section 853(a)(1), (a)(2), (n)(7), and (p) and the criminal forfeiture money judgment shall be collected and the property and the collected amount shall be disposed of according to law:

1. One (1) Kel-Tec model PF-9 9 millimeter semi-automatic handgun bearing manufacturer's serial number S3Y89;
2. Any and all ammunition; and
3. Thirty-Five Thousand Dollars ($35,000) in United States Currency.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that any and all forfeited funds, including but not limited to, currency, currency equivalents, certificates of deposit, as well as any income derived as a result of the United States of America's management of any property forfeited herein, and the proceeds from the sale of any forfeited property shall be disposed of according to law.

IT IS FURTHER ORDERED, ADJUDGED, AND DECREED that the in personam criminal forfeiture money judgment is held jointly and severally liable with any codefendants and the property listed above will not be applied toward the payment of the money judgment.

/ / /

/ / /

/ / /

The Clerk is hereby directed to send copies of this Order to all counsel of record and three certified copies to the United States Attorney's Office.

DATED this 3rd day of June, 2015.

_____
UNITED STATES DISTRICT JUDGE